# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| William Frederick Tate ) | Case No: 5:03CR37 |
| ) | USM No: 20115-058 |
| Date of Previous Judgment: 4/18/05 ) | R. Andrew Murray |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**REASON FOR DECISION:**

In the Court's discretion, the sentence of the Defendant will not be reduced due to the Defendant's criminal history score, the length of time Defendant was engaged in the conspiracy, as well as the large quantity of drugs involved. See 18 U.S.C. § 3553(a)(1) and 18 U.S.C. § 3553(a)(2)(B) and (C).

**IT IS SO ORDERED**.

Signed: March 17, 2009

Richard L. Voorhees
United States District Judge